RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:     (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant, State
Farm Mutual Automobile Insurance
Company***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVON BULLOCK, individually;<br>DELMARIO BULLOCK, individually,<br><br>                                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY; DOES I-X, and ROE<br>CORPORATIONS I-X, inclusive,<br><br>                                    Defendants. | Case No:  2:16-cv-01627-APG-PAL<br><br>***STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE*** |

IT IS HEREBY STIPULATED by and between ADAM D. SMITH, ESQ., of GLEN

LERNER INJURY ATTORNEYS, attorneys for Plaintiffs, DEVON BULLOCK and DELMARIO

BULLOCK, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and

2  costs.

3  DATED: 9/17/16                          DATED: 9-13-16

4  **GLEN LERNER INJURY ATTORNEYS**        **DENNETT WINSPEAR, LLP**

5

6  By_____                   By_____
7  CORY M. ESCHWEILER, ESQ.                RYAN L. DENNETT, ESQ.
   Nevada Bar No. 6635                     Nevada Bar No. 005617
8  ADAM D. SMITH, ESQ.                     JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 9690                     Nevada Bar No. 010089
9  4795 S. Durango Drive                   3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89147                Las Vegas, Nevada  89129
10 Telephone:  (702) 877-1500              Telephone:    (702) 839-1100
   Facsimile:  (702) 933-7043              Facsimile:    (702) 839-1113
11 *Attorneys for Plaintiffs*              *Attorneys for State Farm Mutual*
   *Devon Bullock and Delmario Bullock*    *Automobile Insurance Company*

12

13

14

                              **ORDER**

15     Good Cause appearing therefore, IT IS SO ORDERED.

16     Dated:  September 14, 2016.

17

18     _____
       UNITED STATES DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28